Matt Valenti, Esq. (State Bar No. 253978)
E-mail: mattvalenti@valentilawapc.com
VALENTI LAW APC
5252 Balboa Avenue, Suite 700
San Diego, CA 92117
Phone: (619) 540-2189

Attorney for Plaintiff Raul Uriarte-Limon

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL URIARTE-LIMON,<br><br>                Plaintiff,<br><br>     vs.<br><br><br>LAMDEN PROPERTY MANAGEMENT, INC.; GWC LAMDEN PARTNERSHIP, L.P.; and DOES 1-10,<br><br><br>                Defendants. | Case No.: 3:25-cv-01226-JAH-MMP<br><br>NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. RULE CIV. PROC. 41 (a)(1)(A)(i) |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41 (a)(1)(A)(i), Plaintiff Raul Uriarte-Limon voluntarily dismisses this action <u>with</u> prejudice as to all Defendants; each party to bear his/her/its own attorneys' fees and costs. The case has been settled.

Respectfully submitted,

DATED:  October 2, 2025                    VALENTI LAW APC

By:  */s/ Matt Valenti*
       Matt Valenti, Esq.
       Attorney for Plaintiff
       Raul Uriarte-Limon